UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAY EVANS, | CASE NO. 1:12-cv-00284-AWI-MJS (PC) |
| Plaintiff, | ORDER DENYING AS MOOT PLAINTIFF'S MISCELLANEOUS MOTIONS |
| v. | (ECF Nos. 9, 10) |
| JUDGE DENNIS L. BECK, et al., | |
| Defendants. / | |

Plaintiff Anthony Ray Evans is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. (Complaint, ECF No. 1.) On July 27, 2012, the Court dismissed Plaintiff's Complaint for failure to state a claim with leave to amend. (Order Dismiss. Compl., ECF No. 11.)

Before the Court are Plaintiff's Motion to Supplement the Complaint (Mot. to Supp., ECF No. 9), and Plaintiff's Motion to Strike Impertinent Defendant (Mot. to

-1-

Strike, ECF No. 10.)

Plaintiff's Complaint having been dismissed with leave to amend, there is no case pending in which Plaintiff's motions could be brought. The Motions before the Court are moot.

Accordingly, it is ORDERED that Plaintiff's Motion to Supplement the Complaint (Mot. to Supp., ECF No. 9), and Plaintiff's Motion to Strike Impertinent Defendant (Mot. to Strike, ECF No. 10) are DENIED as moot.

IT IS SO ORDERED.

Dated:  July 30, 2012                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE