# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAY EVANS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JUDGE DENNIS L. BECK, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE No.   1:12-cv-00284-AWI-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(ECF No. 13) |

Plaintiff Anthony Ray Evans is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On July 31, 2012, findings and recommendations denying Plaintiff's motion for preliminary injunction (ECF No. 13) were filed in which the Magistrate Judge recommended that Plaintiff's motion for preliminary injunction (ECF No. 8) be denied without prejudice as

he failed to provide facts which would enable a finding that he is in need of and entitled to injunctive relief. The parties were notified that objection, if any, was due within fourteen days. The fourteen day deadline has passed without any party having filed objections or seeking an extension of time to do so.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court adopts the findings and recommendations filed July 31, 2012, in full, and

2. Plaintiff's motion for preliminary injunction (ECF No. 8) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   September 5, 2012

CHIEF UNITED STATES DISTRICT JUDGE