IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAY EVANS, | CASE No. 1:12-cv-00284-AWI-MJS (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO NOTIFY THE COURT OF OPERATIVE PLEADING |
| vs. | (ECF Nos. 18, 21) |
| JUDGE DENNIS L. BECK, et al., | FOURTEEN (14) DAY DEADLINE |
| Defendants. | |

Plaintiff Anthony Ray Evans is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed on February 27, 2012 pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On July 27, 2012, the Court dismissed Plaintiff's Complaint for failure to state a claim, but granted leave to amend. (ECF No. 11.) On August 16, 2012, Plaintiff filed a First Amended Complaint (ECF No. 14.), but on August 21, 2012, the Court granted Plaintiff's motion to file a second amended complaint. (ECF NO. 16.)

On August 23, 2012, Plaintiff filed a Second Amended Complaint. (ECF No. 18.) Then, on September 4, 2012, Plaintiff lodged a Second Amended Complaint

1  (ECF No. 21) that differs from the pleading filed on August 23rd.

2      The Court is uncertain whether Plaintiff wishes to proceed upon the Second
3  Amended Complaint filed on August 23, 2012, or the Second Amended Complaint
4  lodged with the Court on September 4, 2012. Plaintiff may not proceed on both
5  pleadings. Local Rule 220.

6      Accordingly, it is hereby ORDERED that Plaintiff, not later fourteen (14) days
7  from service of this order, notify the Court in writing whether he wishes to proceed
8  upon the Second Amended Complaint filed on August 23, 2012, or the Second
9  Amended Complaint lodged with the Court on September 4, 2012.

10      If Plaintiff fails to comply with this order, this action will be dismissed for failure
11  to obey a Court order.

13  IT IS SO ORDERED.

14  Dated:  September 7, 2012         /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE