IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAY EVANS,<br><br>    Plaintiff,<br><br>    vs.<br><br>JUDGE DENNIS L. BECK, et al.,<br><br>    Defendants.<br>_____/ | CASE No. 1:12-cv-00284-AWI-MJS (PC)<br><br>ORDER ON OPERATIVE PLEADING<br><br>(ECF Nos. 23, 24)<br><br>CLERK DIRECTED TO FILE THE AMENDED PLEADING LODGED SEPTEMBER 4, 2012 (ECF No. 21) AS THE THIRD AMENDED COMPLAINT |

   Plaintiff Anthony Ray Evans is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed on February 27, 2012 pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On July 27, 2012, the Court dismissed Plaintiff's Complaint for failure to state a claim. (ECF No. 11.) On August 16, 2012, Plaintiff filed a First Amended Complaint. (ECF No. 14.) On August 21, 2012, the Court granted Plaintiff's motion to file a second amended complaint. (ECF NO. 16.) On August 23, 2012, Plaintiff filed a Second Amended Complaint. (ECF No. 18.) On September 4, 2012, Plaintiff lodged a Second Amended Complaint (ECF No. 21) that differs from the pleading filed on August 23, 2012.

-1-

On September 10, 2012, the Court ordered Plaintiff to notify the Court whether he wished to proceed upon the Second Amended Complaint filed on August 23, 2012, or the Second Amended Complaint lodged on September 4, 2012. On September 17, 2012, Plaintiff filed a notice identifying the Second Amended Complaint lodged with the Court on September 4, 2012 (ECF No. 21) as the operative pleading.

Accordingly, the Clerk is directed to file the "Second Amended Complaint" that was lodged with the Court on September 4, 2012 (ECF No. 21) as the Third Amended Complaint. The Court then will screen the Third Amended Complaint in due course.

IT IS SO ORDERED.

Dated:   September 20, 2012              /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE