IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAY EVANS, | CASE No. 1:12-cv-00284-AWI-MJS (PC) |
| Plaintiff, | ORDER ON OPERATIVE PLEADING |
| vs. | (ECF Nos. 23, 24) |
| JUDGE DENNIS L. BECK, et al., | CLERK DIRECTED TO FILE THE AMENDED PLEADING LODGED SEPTEMBER 4, 2012 (ECF No. 21) AS THE THIRD AMENDED COMPLAINT |
| Defendants. | |

Plaintiff Anthony Ray Evans is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed on February 27, 2012 pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On July 27, 2012, the Court dismissed Plaintiff's Complaint for failure to state a claim. (ECF No. 11.) On August 16, 2012, Plaintiff filed a First Amended Complaint. (ECF No. 14.) On August 21, 2012, the Court granted Plaintiff's motion to file a second amended complaint. (ECF NO. 16.) On August 23, 2012, Plaintiff filed a Second Amended Complaint. (ECF No. 18.) On September 4, 2012, Plaintiff lodged a Second Amended Complaint (ECF No. 21) that differs from the pleading filed on August 23, 2012.

-1-

1   On September 10, 2012, the Court ordered Plaintiff to notify the Court whether
2 he wished to proceed upon the Second Amended Complaint filed on August 23, 2012,
3 or the Second Amended Complaint lodged on September 4, 2012. On September 17,
4 2012, Plaintiff filed a notice identifying the Second Amended Complaint lodged with
5 the Court on September 4, 2012 (ECF No. 21) as the operative pleading.
6   Accordingly, the Clerk is directed to file the "Second Amended Complaint" that
7 was lodged with the Court on September 4, 2012 (ECF No. 21) as the Third Amended
8 Complaint. The Court then will screen the Third Amended Complaint in due course.

11   IT IS SO ORDERED.
12   Dated:   September 20, 2012          /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE